FRANCES B. MENDOZA, Respondent, *v.* ARMANDO MENDOZA, Appellant.

Submitted April 12, 1948; decided April 22, 1948.

*Joseph L. Greenberg* for motion.

*Robert S. Carroll* and *George G. Hunter, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution. [See 297 N. Y. 1030.]